No. 289. ALVAREZ ET AL. *v.* PAN AMERICAN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Joseph A. McGowan* for petitioners. *James A. Dixon* and *Sam Daniels* for respondent. ▮

No. 295. CALLIS ET AL. *v.* LONG ISLAND RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Lee S. Kreindler* and *Paul S. Edelman* for petitioners. *William L. F. Gardiner* for respondent. ▮

No. 304. NORTHWEST AIRLINES, INC. *v.* AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ET AL. C. A. 8th Cir. Certiorari denied. *Henry Halladay* for petitioner. *Edward M. Glennon* and *Allen E. Gramza* for respondents. ▮

No. 308. HOELSKEN ET AL., DBA ACTIVE RUBBISH SERVICE *v.* PUBLIC UTILITIES COMMISSION OF COLORADO ET AL. Sup. Ct. Colo. Certiorari denied. *Anthony F. Zarlengo* for petitioners. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Robert Lee Kessler,* Assistant Attorney General, for Public Utilities Commission of Colorado, and *Thomas F. Kilroy* for Schlagel, respondents. ▮

No. 312. LUGASH ET AL. *v.* SANTA ANITA MANUFACTURING CORP. C. A. 9th Cir. Certiorari denied. *Frederick E. Mueller* and *Robert W. Fulwider* for petitioners. *C. A. Miketta* and *William Poms* for respondent. ▮

No. 314. SOUTHERN RAILWAY Co. *v.* BRYAN. C. A. 5th Cir. Certiorari denied. *Charles J. Bloch* and *Richard S. Arnold* for petitioner. ▮